UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDIA ZHERKA,

                    Plaintiff,

           -against-

RUDY'S LIMOUSINE SERVICE, INC. and
BERTAUNY TERTULIEN,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/12/2025_

25 Civ. 9985 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On December 2, 2025, Defendants Rudy's Limousine Service, Inc. and Bertauny Tertulien filed a notice of removal from the Supreme Court of New York, Bronx County. ECF No. 1. By **December 24, 2025**, Plaintiff shall inform the Court whether they intend to contest removal. If so, the Court will set a briefing schedule. If not, the action will proceed in the ordinary course.

Defendants are directed to serve a copy of this order on Plaintiff and file proof of such service on the docket by **December 16, 2025**.

SO ORDERED.

Dated: December 12, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge